# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brandon Scott Lease         BK NO. 19-04723 HWV

         **Debtor(s)**

        Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of TOWER FEDERAL CREDIT UNION and index same on the master mailing list.

       Respectfully submitted,

       **/s/ James C. Warmbrodt, Esquire**
       James C. Warmbrodt, Esquire
       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA 19106
       215-627-1322