# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | BRANDON SCOTT LEASE | |
| | Debtor(s) | |
| | CHARLES J. DEHART, III | CHAPTER 13 |
| | CHAPTER 13 TRUSTEE | |
| | Movant | |
| | vs. | CASE NO: 1-19-04723-HWV |
| | BRANDON SCOTT LEASE | |
| | Respondent(s) | |

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 10, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on November 30, 2019.

2. A hearing was held and an Order was entered on March 11, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

                                                                 Respectfully submitted,

                                                                 s/ James K. Jones, Esq.
Id: 39031
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  BRANDON SCOTT LEASE

                CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE          CASE NO: 1-19-04723-HWV

        Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date: July 22, 2020
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101     Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                Charles J. DeHart, III, Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                Phone: (717) 566-6097
                Email: dehartstaff@pamd13trustee.com

Dated: June 10, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRANDON SCOTT LEASE

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

BRANDON SCOTT LEASE

    Respondent(s)

CHAPTER 13

CASE NO: 1-19-04723-HWV

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 10, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DAWN MARIE CUTAIA, ESQUIRE<br>115 EAST PHILADELPHIA STREET<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| BRANDON SCOTT LEASE<br>154 THREE HILL ROAD<br>SPRING GROVE, PA 17362 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 10, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

IN RE: BRANDON SCOTT LEASE

|  |  |
|---|---|
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant |  |
| BRANDON SCOTT LEASE | CASE NO: 1-19-04723-HWV |
| Respondent(s) |  |

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.