UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brandon Scott Lease | CASE NO: 19-04723 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 7/22/2020, I did cause a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2020

/s/ Dawn M. Cutaia
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401
717 304 1841

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brandon Scott Lease

CASE NO: 19-04723

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/22/2020, a copy of the following documents, described below,

notice of confirmation hearing and deadline and 1st amended plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dawn M. Cutaia
Pugh & Cutaia PLLC
115 E. Philadelphia St.
York, PA 17401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CERTIFIED
7019 0140 0000 5142 4019
TOWER FED CREDIT UNION
RICK STAFFORD
7901 SANDY SPRING ROAD
LAUREL MD 20707