UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRANDON SCOTT LEASE : CHAPTER 13
       Debtor(s) :
        :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
BRANDON SCOTT LEASE :
       Respondent(s) : CASE NO. 1-19-bk-04723

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 23rd day of July, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

    a. Residential real estate

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a. Paystub for month ending July, 2020.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.

  b. Dismiss or convert debtor(s) case.
  c. Provide such other relief as is equitable and just.

           Respectfully submitted:

           Charles J. DeHart, III
           Standing Chapter 13 Trustee
           8125 Adams Drive, Suite A
           Hummelstown, PA 17036
           (717) 566-6097

BY:      /s/James K. Jones
          Attorney for Trustee

## CERTIFICATE OF SERVICE

  AND NOW, this 23rd day of July, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dawn Marie Cutaia, Esquire
115 East Philadelphia Street
York, PA   17401

           /s/Deborah A. Behney
           Office of Charles J. DeHart, III
           Standing Chapter 13 Trustee