UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                           CASE NO.: 19-04723
                                                                                         CHAPTER 13

**Brandon Scott Lease,**
    **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Authorized Agent for Secured Creditor
                                            13010 Morris Rd. Suite 450
                                            Alpharetta, GA 30004
                                            Telephone: 470-321-7112

                                       By: /s/Michelle L. McGowan, Esq.
                                               Michelle L. McGowan, Esq.
                                               Email: mimcgowan@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRANDON SCOTT LEASE
154 THREE HILL ROAD
SPRING GROVE, PA 17362

And via electronic mail to:

FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404

JACK N ZAHAROPOULOS
STANDING CHAPTER 13 (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/ Amanda Nelson