**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:  Brandon Scott Lease

                                        Case No.: 1-19-04723 HWV

                                        Chapter 13

     **Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1:  MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | US Bank |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 1125 |
| Property Address if applicable: | 154 Three Hill Rd |

**PART 2:  CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $7,684.40 |
| f. | Postpetition arrearage paid by the trustee: | $7,684.40 |
| g. | Total b, d, and f: | $7,684.40 |

**PART 3:  POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 24, 2025

                                                Respectfully submitted,

                                                /s/ Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Brandon Scott Lease

                                          Case No.: 1-19-04723 HWV

                                          Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Dawn Marie Cutaia, Esquire
Fresh Start Law, PLLC
1701 West Market St
York PA 17404

**Served by First Class Mail**
US Bank Home Mtg
4801 Frederica St
Owensboro KY 42301

Brandon Scott Lease
154 Three Hill Rd
Spring Grove  PA 17362

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2025

/s/  Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-04723  **BRANDON SCOTT LEASE**

US BANK HOME MORTGAGE
4801 FREDERICA STREET

OWENSBORO, KY  42301

**Acct No:** Three Hill Rd - POST-ARREAR

ARREARS - 154 THREE HILL ROAD

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

| | | Debt: | $7,684.40 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $7,684.40 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5210** | **US BANK HOME MORTGAGE** | | | | | | | |
| 521-0 | US BANK HOME MORTGAGE | | 02/19/2025 | 2045255 | $55.01 | $0.00 | $55.01 | |
| 521-0 | US BANK HOME MORTGAGE | | 12/17/2024 | 2043354 | $151.78 | $0.00 | $151.78 | 12/26/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 11/19/2024 | 2042408 | $151.78 | $0.00 | $151.78 | 11/29/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 10/23/2024 | 2041461 | $151.77 | $0.00 | $151.77 | 10/29/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 09/17/2024 | 2040473 | $303.56 | $0.00 | $303.56 | 09/24/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 08/07/2024 | 2039434 | $151.78 | $0.00 | $151.78 | 08/13/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 06/18/2024 | 2037715 | $151.77 | $0.00 | $151.77 | 06/25/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 05/22/2024 | 2036829 | $303.55 | $0.00 | $303.55 | 05/29/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 03/14/2024 | 2034862 | $303.56 | $0.00 | $303.56 | 03/19/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 01/12/2024 | 2032945 | $151.78 | $0.00 | $151.78 | 01/17/2024 |
| 521-0 | US BANK HOME MORTGAGE | | 12/19/2023 | 2032072 | $151.78 | $0.00 | $151.78 | 12/27/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 11/15/2023 | 2031108 | $151.77 | $0.00 | $151.77 | 11/22/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 10/18/2023 | 2030169 | $159.70 | $0.00 | $159.70 | 10/25/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 09/19/2023 | 2029198 | $319.39 | $0.00 | $319.39 | 09/25/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | US BANK HOME MORTGAGE | | 08/09/2023 | 2028179 | $159.70 | $0.00 | $159.70 | 08/15/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 06/13/2023 | 2026265 | $153.43 | $0.00 | $153.43 | 06/21/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 05/16/2023 | 2025341 | $153.43 | $0.00 | $153.43 | 05/22/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 04/18/2023 | 2024354 | $153.42 | $0.00 | $153.42 | 04/25/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 03/15/2023 | 2023305 | $153.42 | $0.00 | $153.42 | 03/21/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 02/15/2023 | 2022305 | $153.43 | $0.00 | $153.43 | 02/22/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 01/18/2023 | 2021304 | $306.86 | $0.00 | $306.86 | 01/25/2023 |
| 521-0 | US BANK HOME MORTGAGE | | 11/16/2022 | 2019345 | $153.42 | $0.00 | $153.42 | 12/09/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 10/18/2022 | 2018334 | $161.85 | $0.00 | $161.85 | 10/24/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 09/13/2022 | 2017252 | $161.84 | $0.00 | $161.84 | 09/19/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 08/17/2022 | 2016257 | $161.84 | $0.00 | $161.84 | 08/23/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 07/13/2022 | 2015179 | $150.62 | $0.00 | $150.62 | 07/19/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 06/14/2022 | 2014195 | $150.46 | $0.00 | $150.46 | 06/21/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 05/17/2022 | 2013201 | $150.44 | $0.00 | $150.44 | 05/23/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 04/12/2022 | 2012092 | $150.46 | $0.00 | $150.46 | 04/19/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 03/16/2022 | 2011069 | $150.45 | $0.00 | $150.45 | 03/22/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 02/16/2022 | 2010078 | $150.45 | $0.00 | $150.45 | 02/24/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 01/19/2022 | 2009122 | $150.45 | $0.00 | $150.45 | 01/26/2022 |
| 521-0 | US BANK HOME MORTGAGE | | 12/15/2021 | 2008090 | $150.45 | $0.00 | $150.45 | 12/21/2021 |
| 521-0 | US BANK HOME MORTGAGE | | 11/16/2021 | 2007080 | $1,949.00 | $0.00 | $1,949.00 | 11/22/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | Sub-totals: | $7,684.40 | $0.00 | $7,684.40 | |
| | | | | Grand Total: | $7,684.40 | $0.00 | | |