B2830 (Form 2830) (04/22)

# UNITED STATES BANKRUPTCY COURT
## Middle District Of Pennsylvania

In re **Brandon Scott Lease**  
Debtor

Case No. **19-04723**

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☒ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: 154 Three Hill Rd., Spring Grove, PA, 17362

My current employer and my employer's address: Kinsley Construction
1110 E. Princess St., York, PA, 17403

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☒ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

---

\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on ___Mar 3, 2025___    ___*Brandon Lease (Mar 3, 2025 18:44 EST)*___
                Date                                          Debtor

# fillable blank discharge cert paying support

Final Audit Report                                                                 2025-03-03

| | |
|---|---|
| Created: | 2025-03-03 |
| By: | DAWN CUTAIA (kelley.freshstartlaw@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAe-7FF7NMC9h3XZd81ZdvEDDFf2iuBcqN |

## "fillable blank discharge cert paying support" History

- Document created by DAWN CUTAIA (kelley.freshstartlaw@gmail.com)
  2025-03-03 - 2:48:46 PM GMT

- Document emailed to b.lease50@yahoo.com for signature
  2025-03-03 - 2:49:11 PM GMT

- Email viewed by b.lease50@yahoo.com
  2025-03-03 - 11:42:58 PM GMT

- Signer b.lease50@yahoo.com entered name at signing as Brandon Lease
  2025-03-03 - 11:44:39 PM GMT

- Document e-signed by Brandon Lease (b.lease50@yahoo.com)
  Signature Date: 2025-03-03 - 11:44:41 PM GMT - Time Source: server

- Agreement completed.
  2025-03-03 - 11:44:41 PM GMT

**Adobe Acrobat Sign**